**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

KEVIN KERR,

        Plaintiff,

v.                                                   Case No. 20-12843

NEW INVESTMENT PROPERTIES, LLC, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the court's Opinion and Order dated March 9, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants New Investment Properties, LLC , et al. and against Plaintiff Kevin Kerr.

Dated at Port Huron, Michigan this 9th day of March, 2022.

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

                                        BY: s/Lisa Wagner

Dated: March 9, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 9, 2022, by electronic and/or ordinary mail.

                                        s/Lisa Wagner                               /
                                        Case Manager and Deputy Clerk
                                        (810) 292-6522